**Charles BURGETT, Appellant,**

v.

**SECURITY STORAGE PROPERTIES, et al., Respondents.**

WD 77597

Missouri Court of Appeals, Western District.

Order filed: May 19, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 23, 2015

Charles Burgett, Appellant Pro-se.

Michelle R. Stewart, for Respondent Overland Park, KS.

P. Benjamin Cox, for Respondent Kansas City, MO.

Before Division Two: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### ORDER

PER CURIAM:

Charles Burgett appeals the judgment following a bench trial in favor of Security Storage Properties (SSP) on his claim for conversion. He further appeals the summary judgment in favor of SSP and Kansas City Police Officer Conrad Stumpenhaus on his claims for malicious prosecution, slander and libel, assault and battery, and false imprisonment. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).